

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00732-CR

In re Romeo Alberto **IBANEZ-BARRERA**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
                Lori I. Valenzuela, Justice
                H. Todd McCray, Justice

Delivered and Filed: November 26, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On March 13, 2025, we affirmed two judgments of conviction entered against Romeo Alberto Ibanez-Barrera for murder and for tampering with evidence in his direct appeal from these judgments. *See Ibanez-Barrera v. State*, No. 04-23-00011-CR, 2025 WL 782698, at *1 (Tex. App.—San Antonio Mar. 12, 2025, no pet.) (mem. op., not designated for publication). On April 17, 2025, we denied Ibanez-Barrera's motion for rehearing and motion for en banc reconsideration. Ibanez-Barrera did not file a petition for discretionary review with the Texas Court of Criminal Appeals, and, on May 22, 2025, we issued our mandate.

---

[1]This proceeding arises out of Cause No. 21-CR-25, styled *State of Texas v. Romeo Alberto Ibanez-Barrera*, in the 381st Judicial District Court, Starr County, Texas, the Honorable Jose Luis Garza presiding.

On November 14, 2025, Ibanez-Barrera, filed a "Motion for Leave of Court to file A Petition for Writ of Mandamus," which we construe as a petition for writ of mandamus. *See* Tex. R. App. P. 52.1. After considering Ibanez-Barrera's petition for writ of mandamus, we conclude he is not entitled to the relief sought. Accordingly, his petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH